

# UNITED STATES DISTRICT COURT
## for the
## Middle District of Florida

**ESTHER E BAINES**
Plaintiff

Civil Action No. 6:24-cv-803-JSS-LHP

Vs

**ONLINE INFORMATION SERVICES**
**SECURITY CREDIT SERVICES LLC (SCP)**
Defendants

## NOTICE OF DISMISSAL

I, _Esther E. Baines_____, the Plaintiff, do hereby dismiss this action. I request the cancellation of this case. I also certify that I have notified the Defendant in this case of the dismissal. Dated this _23_ day of _May_____, 20_24_.

_____ Plaintiff

303 Cello Cir
Winter Springs FL 32708